IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DERRICK DENNIS** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.: 6:16-cv-00932 |
| v. | § | |
| | § | JUDGE: REBECCA F. DOHERTY |
| **STINE, LLC** | § | |
| | § | MAGISTRATE: PATRICK HANNA |
| Defendant. | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL
## WITHOUT A COURT ORDER

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Derrick Dennis, who pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) files this Notice of Dismissal Without a Court Order.

Plaintiff avers that dismissal without a court order is proper at this time, as Plaintiff was permitted to amend his original class allegations to an individual cause of action, and the opposing party has not served an Answer or a Motion for Summary Judgment in the case.

WHEREFORE, Plaintiff, Derrick Dennis, prays that his Notice of Dismissal Without a Court Order be deemed good and sufficient, thereby dismissing all claims and actions against the above mentioned party, with prejudice.

Respectfully Submitted:

*s/Justin R. Mueller*
Justin R. Mueller
La. Bar Roll No.: 36108
MUELLER LAW FIRM
306 S. Pierce St.
Lafayette, LA 70501
Phone: (337) 909-5424
Fax: (337) 264-1869
jm@jmuellerlaw.com
*Attorney for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all counsel of record by filing the same in this Court's CM/ECF system this 10th day of August, 2016.

/s/ *Justin R. Mueller*
Justin R. Mueller